5/1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERESA LeCLERCQ, AL LeCLERCQ, individually, and on behalf of all persons similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>THE LOCKFORMER COMPANY, a division of MET-COIL SYSTEMS CORPORATION, a Delaware corporation, and MESTEK, INC., a Pennsylvania corporation, and HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 00 C 7164<br><br>Honorable Judge Leinenweber<br><br>Magistrate Judge Schenkier<br><br>FILED<br>APR 17 2002<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>DOCKETED<br>APR 26 2002 |

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that on April 24, 2002, at 9:30 AM, or as soon thereafter as counsel may be heard, Defendant Lockformer shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead in Room 1941 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Lockformer's Motion to Bar the Testimony of Roy O. Ball and Memorandum in Support of Its Motion to Bar the Testimony of Roy O. Ball,** copies of which are attached hereto and are hereby served upon you.

Dated: April 17, 2002

Respectfully submitted,

THE LOCKFORMER COMPANY, a division of METCOIL SYSTEMS CORPORATION

By: _____
       One of Their Attorneys

Daniel J. Biederman
Julie A. Doyle
Paul E. Kralovec
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606-7413
(312) 444-9300



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA LeCLERCQ, AL LeCLERCQ, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 00 C 7164 |
| vs. | ) ) | Judge Leinenweber |
| THE LOCKFORMER COMPANY a division of MET-COIL SYSTEMS CORPORATION, a Delaware corporation and MESTEK, INC., a Pennsylvania corporation, | ) ) ) ) ) ) | Magistrate Judge Shenkier |
| Defendants. | ) | |

DOCKETED APR 2 6 2002

FILED APR 1 7 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## LOCKFORMER'S MOTION IN LIMINE TO BAR THE TESTIMONY OF ROY O. BALL

Defendant, The Lockformer Company, a division of Met-Coil Systems Corporation, a Delaware Corporation, ("Lockformer"), by its attorneys, Chuhak & Tecson, moves this Court to exclude the expert testimony of Roy O. Ball. In support of its Motion, and as more fully presented in its accompanying Memorandum of Law, Lockformer states as follows:

1. Plaintiffs have presented Roy O. Ball to opine on issues related to Lockformer's site conditions, the fate and transport of contaminants and conditions existing in the class area. Ball's opinions are not admissible under Rule 702 or the principals announced in <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).

2. Ball's opinions should be excluded because: (1) Ball improperly performed groundwater modeling to support his opinions; and (2) Ball ignored

contradictory data and instead relied on his faulty model to string together unsupported assertions.

3. As a result, the use of Ball's model and any opinions derived therefrom are not based on reliable methodology.

WHEREFORE, Defendant Lockformer respectfully requests that this Court exclude the opinions of Ball and bar him from testifying as to those opinions at trial.

Respectfully submitted,

THE LOCKFORMER COMPANY,
a division of Met-Coil Systems Corp.

*[signature]*
One of Defendant's Attorneys

Daniel J. Biederman
James R. Pranger
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

CHIDOCS02:486515.1

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Lockformer's Motion to Bar the Testimony of Roy O. Ball and Memorandum in Support of Its Motion to Bar the Testimony of Roy. O. Ball were served via Federal Express on April 17, 2002 to:

Shawn M. Collins
Charles J. Corrigan
Edward J. Manzke
THE COLLINS LAW FIRM, P.C.
1770 North Park Street, Suite 200
Naperville, Illinois 60563

and via U.S. Mail on April 17, 2002 to:

Norman B. Berger
Michael D. Hayes
Anne P. Viner
VARGA BERGER LEDSKY HAYES &
 CASEY
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604

Vincent S. Oleszkiewicz
Richard M. Saines
BAKER & McKENZIE
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, Illinois 60601

Honeywell
c/o Anthony G. Hopp
Joseph Madonia
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Chicago, Illinois 60606-1229

_____
One of Their Attorneys